UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BEBERIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:20-cv-01533-AWI-BAM<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. No.18) |

On August 27, 2021, the parties filed a second stipulation for an extension of time to file Plaintiff's opening brief. (Doc. No. 18.) Previously, on July 13, 2021, the parties filed their first stipulation for extension of time to file Plaintiff's opening brief. (Doc. No. 16.) The Court acknowledged that the first request did not require Court approval, pursuant to the Scheduling Order. (Doc. No. 17.)

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. The Plaintiff shall file the Opening Brief no later than October 8, 2021. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 31, 2021**        /s/ Barbara A. McAuliffe      _
                                            UNITED STATES MAGISTRATE JUDGE

1